Douglas A. Pfeiffer
37816 Rachael Drive
Sandy, OR 97055

BANKRUPTCY COURT
DISTRICT OF OREGON

2009 DEC -4 PM 1:08

LODGED_____REC'D_____
PAID_____DOCKETED_____

December 1, 2009

US Bankruptcy Court
Attn: Clerk's Office
1001 SW 5th Avenue, #700
Portland, OR 97204

To Whom It May Concern:

Subject: US BANKRUPTCY COURT, District of Oregon, Case No. 09-39457-tmb7

It has come to my attention that my address on the creditor's list is incorrect, although my correct address is listed elsewhere in the bankruptcy papers filed by Graphic Arts Center Publishing Company on November 13, 2009. Please change my address in the creditor's list.

My correct address is

Douglas A. Pfeiffer
37816 Rachael Drive
Sandy, OR 97055

Sincerely,

*Douglas A. Pfeiffer*

Douglas A. Pfeiffer

CC: Rodolfo A. Camacho, Trustee; Jeanette L. Thomas, Attorney