RE: CASE # 09-39457-tmb7

Please change my creditor address for the Graphic Arts Center Publishing Co Chapter 7 case for Joel W. Rogers from
8324 19th Ave NW
Seattle 98117

to
3661 Hunts Point Rd
Hunts Point WA
98004

Joel W. Rogers  206 8494186
Lot 4 #55
Dec 12, 2009

US Bankruptcy Court
1001 SW 5th Ave
#700
Portland OR
97204

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON

DEC 14 2009

LODGED____ REC'D____
PAID____ DOCKETED____

THE NEW CUBAN REVOLUTION - Fully pierced and on the beach at Playa del Este, Havana, Cuba.