1   Below is an Order of the Court.

2

3

4

5

6   _____
      TRISH M. BROWN
7     U.S. Bankruptcy Judge

8

9   IN THE UNITED STATES BANKRUPTCY COURT

10   FOR THE DISTRICT OF OREGON

11   In re

12   **GRAPHIC ARTS CENTER**          No. 09-39457-tmb7
     **PUBLISHING COMPANY**,
13
                                       **ORDER GRANTING INGRAM BOOK**
14   Debtor.                           **GROUP'S MOTION FOR RELIEF FROM**
                                       **STAY, AND OTHER RELIEF**
15

16

17   The Motion for Relief from Stay filed by Ingram Book Group Inc. ("Ingram") came on

18   for expedited hearing at 11:30 a.m. on December 22, 2009, before the Hon. Trish M. Brown.

19   Alex Poust, Schwabe Williamson & Wyatt, PC, appeared for Ingram.  Jennifer Dumas, Crocker

20   Kuno, PLLC, appeared for Silicon Valley Bank.  Richard Baroway, Garvey Schubert Barer,

21   appeared for Accordion Investments IV, LLC, and Mike Hopkins appeared as a former officer of

22   Debtor.  The Court, having reviewed the records and files herein, having heard the arguments of

23   all parties present, and being otherwise fully advised, now, therefore,

24   IT IS HEREBY ORDERED as follows:

25   1.   Ingram's Motion for Relief from Stay is granted.

26   2.   Ingram may immediately exercise all of its rights and remedies under applicable

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

1    nonbankruptcy law in and against the collateral described in the attached Exhibit "A."

2        3.        The 14-day say provided by Fed. Rule of Bankr. Proc. 4001(a) is waived.

3        4.        Nothing in this Order is intended to adjudicate the validity, extent or priority of

4    Ingram's security interest or the secured claims of any other creditor in the debtor's assets.

5        5.        This Order shall be effective as of December 22, 2009, notwithstanding the actual

6    date that this Order is signed and entered by the Court.

7        6.        Ingram represents that counsel for Silicon Valley Bank and Accordion

8    Investments IV, LLC, have reviewed and approved this form of order.

9                                                    # # #

10

11    Presented by:

12

13    SCHWABE, WILLIAMSON & WYATT, P.C.

14

15    By: /s/ Alex I. Poust
      _____
      Alex I. Poust, OSB #925155
16    apoust@schwabe.com
      Facsimile: 503.796.2900
17    Of Attorneys for Ingram Book Group Inc.

18

19

20

21

22

23

24

25

26

Page 2 of 2-    ORDER GRANTING INGRAM BOOK GROUP'S
                MOTION FOR RELIEF FROM STAY, AND OTHER
                RELIEF

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121618/173838/AP/5450192.1

## EXHIBIT A

Debtor hereby collaterally assigns to Secured Party all of its right, title and interest in and to, and grants Secured Party a first priority lien upon and security interest in, all of the assets of Debtor, including without limitation the following, wherever located, whether now owned or in existence or hereafter acquired or arising, together with all substitutions, replacements, improvements, accessions or appurtenances thereto, and proceeds (including, without limitation, insurance proceeds) thereof:

All Goods;
Accounts including, without limitation, Receivables;
Cash;
Chattel Paper (whether tangible or electronic);
Commercial Tort Claims;
Contract Rights or Rights to payment of money;
Deposit Accounts;
Documents;
Equipment;
Fixtures;
Franchise Agreements;
General Intangibles;
Instruments (including any promissory notes);
Inventory;
Investment Property;
Leases;
Letters of Credit Rights (whether or not the letter of credit is evidenced by a writing);
License Agreements;
Promissory Notes;
Securities;
Supporting Obligations and Financial Assets, whether now owned or hereafter acquired, wherever located;
All Books and Records pertaining to the foregoing; any other personal property, whether tangible or intangible, now owned or existing or hereafter acquired by Debtor or arising in favor of Debtor; and any and all claims, rights and interests in any of the above and all substitutions for, additions, attachments, accessories, accessions and improvements to and replacements, products, proceeds and insurance proceeds of any or all of the foregoing.

006453\00005\736835 V001

1     **CERTIFICATE OF SERVICE**

2     I hereby certify that on the 22nd day of December, 2009, the foregoing **ORDER**

3     **GRANTING INGRAM BOOK GROUP'S MOTION FOR RELIEF FROM STAY, AND**

4     **OTHER RELIEF** was served electronically via ECF on:

5     Shelly Crocker on behalf of Silicon Valley Bank
6     scrocker@crockerkuno.com, thao@crockerkuno.com; nancy@crockerkuno.com; jdumas@crockerkuno.com

7     Rodolfo A. Camacho, Chapter 7 Trustee
8     rudy.camacho@gmail.com, tippy@teleport.com; OR16@ecfcbis.com; lawknut@comcast.net

9     Jennifer L. Dumas on behalf of Silicon Bank
10     jdumas@crockerkuno.com, nancy@crockerkuno.com

11     Thomas K. Hooper on behalf of the Housing Authority of the City of Santa Barbara
12     bmail@hooplaw.com; csayles@hooplaw.com

    Jeannette Thomas on behalf of Debtor
13     JThomas@perkinscoie.com, etherrien@perkinscoie.com; docketport@perkinscoie.com

14     Richard Baroway on behalf of Accordion Investments IV, LLC
15     rbaroway@gsblaw.com

16     And via facsimile or email:

17

18
19     Jennifer L. Dumas (via facsimile)    Jeanette L. Thomas (via facsimile)
    CROCKER KUNO PLLC    Perkins Coie LLP
    720 Olive Way    1120 NW Couch St. 10th Floor
20     Suite 1000    Portland, OR  97209-4128
    Seattle, WA  98101
21
    Charles M. Hopkins (via email)    Rodolfo A. Camacho (via facsimile)
22     44850 Tide Avenue    POB 13897
    Arch Cape, OR 97102    Salem, OR  97309
23
24
25
26

Page 1 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900

PDX/121618/173838/AP/5450192.1

1    Richard Baroway (via facsimile)
     Garvey Schubert Barer
2    Bank of America Financial Center
     121 SW Morrison Street
3    11th Floor
     Portland, OR  97204-3141
4

5

6    And via first class mail on:

7

8        Douglas Pfeiffer
         3019 NW Yeon
9        Portland, OR 97210

10

11                                        /s/ Alex Poust
                                          Alex Poust
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Page 2 -    CERTIFICATE OF SERVICE

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
Pacwest Center
1211 SW 5th Ave., Suite 1900
Portland, OR  97204
Telephone 503.222.9981  Fax 503.796.2900