UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re                                    )
                                         ) Case No._____
                                         )
                                         ) CHANGE OF ADDRESS; OR,
                                         ) IF <u>NOT</u> DONE BY DEBTOR,
Debtor(s)                                ) ADDITION OF INTERESTED PARTY

I, THE UNDERSIGNED, CERTIFY THE FOLLOWING IS TRUE AND CORRECT:

1. The address of *ONLY* _____ must be changed or added.
   (TYPE OR PRINT NAME)

2. The address change or additions for the party named in pt. 1 should be made as follows (CHECK *ONLY* <u>ONE</u>):

   a. CHANGE FOR <u>BOTH</u> DEBTORS (i.e., both debtors' addresses will be changed even if they currently have different addresses and only one debtor is named in pt. 1);

   b. CHANGE FOR <u>ONLY</u> *ONE* DEBTOR [i.e., only address of the debtor named in pt. 1 (or husband if both names appear in a joint case) will be changed];

   c. CHANGE FOR <u>ONLY</u> *JOINT* DEBTOR [i.e., only address of joint debtor (wife) will be changed even if both names appear in pt. 1];

   d. CHANGE FOR DEBTOR'S ATTORNEY;

   e. CHANGE FOR CREDITOR OR OTHER INTERESTED PARTY
      [<u>NOTE</u>:  An address change submitted by the debtor will result in the inclusion of a supplemental address for the creditor if it is different from one provided by the creditor on a proof of claim]; or

   f. <u>ADDITION</u> OF CREDITOR OR OTHER INTERESTED PARTY TO MAILING LIST
      [<u>NOTE</u>: This form is <u>ONLY</u> for use by the <u>PARTY</u> whose address is being <u>ADDED</u>.  LBF #728 must be used if the debtor needs to add such party.].

3. [Must be completed if 2a, 2b, 2c, 2d or 2e above was checked] The entity's old address as shown in the case file is: _____
   _____

4. The entity's NEW address *AND* PHONE # is: _____
   _____


DATED: _____

                                         _____
                                         **SIGNATURE

**<u>NOTE</u>:  THIS FORM MUST
         BE SIGNED AND WILL BE           _____
         EFFECTIVE IMMEDIATELY!          TYPE OR PRINT SIGNER'S NAME     OSB # (if atty.)

                                         _____
                                         SIGNER'S PHONE # AND RELATION TO CASE


101 (1/1/08)