To:   US Bankruptcy Court
      1001 SW 5th Avenue #700
      Portland, OR 97204

Fr:   George Guthridge
      Professor of English
      Box 883
      Dillingham, AK 99576
      (907) 842-7378
      glguthridge@alaska.edu

Re:   Case number 09-39457-tmb7
      Graphic Arts Center Publishing Company

I am writing as a creditor, for my book *The Kids from Nowhere*, published by Graphics Arts Center Publishing Company, copyright 2006. I was not paid any royalties for a year, and I also firmly believe that Graphic Arts underrepresented the number of copies that were sold. According to the editor here in Alaska, the book was one of their top sellers. I do know it was in the 2000th range of all the books for sale on Amazon, and for a while was Amazon's third bestselling educational biography.

I have received a notice of the company's chapter 7 bankruptcy and waiting for instructions regarding what I do next.

Sincerely,

George Guthridge