UNITED STATES BANKRUPTCY COURT
DISTRICT OF OREGON

In re
**Graphic Arts Publishing Company**

Debtor(s)

Case No. __09-39457-tmb7__

CHANGE OF ADDRESS; OR,
IF <u>NOT</u> DONE BY DEBTOR,
ADDITION OF INTERESTED PARTY

CLERK, U.S. BANKRUPTCY COURT
DISTRICT OF OREGON
JAN 19 2010
LODGED____ PAID____ REC'D____ DOCKETED____

I, THE UNDERSIGNED, CERTIFY THE FOLLOWING IS TRUE AND CORRECT:

1. The address of ONLY __ATRA INTERNATIONAL TRADERS, INC. DBA LA COATING__ must be changed or added.
(TYPE OR PRINT NAME)

2. The address change or additions for the party named in pt. 1 should be made as follows (CHECK <u>ONLY ONE</u>):

☐ a. CHANGE FOR <u>BOTH</u> DEBTORS (i.e., both debtors' addresses will be changed even if they currently have different addresses and only one debtor is named in pt. 1);

☐ b. CHANGE FOR <u>ONLY ONE</u> DEBTOR [i.e., only address of the debtor named in pt. 1 (or husband if both names appear in a joint case) will be changed];

☐ c. CHANGE FOR <u>ONLY JOINT</u> DEBTOR [i.e., only address of joint debtor (wife) will be changed even if both names appear in pt. 1];

☐ d. CHANGE FOR DEBTOR'S ATTORNEY;

☐ e. CHANGE FOR CREDITOR OR OTHER INTERESTED PARTY
[NOTE: An address change submitted by the debtor will result in the inclusion of a supplemental address for the creditor if it is different from one provided by the creditor on a proof of claim]; or

☒ f. <u>ADDITION</u> OF CREDITOR OR OTHER INTERESTED PARTY TO MAILING LIST
[NOTE: This form is <u>ONLY</u> for use by the <u>PARTY</u> whose address is being ADDED. LBF #728 must be used if the debtor needs to add such party.].

3. [Must be completed if 2a, 2b, 2c, 2d or 2e above was checked] The entity's old address as shown in the case file is: _____

4. The entity's NEW address <u>AND</u> PHONE # is: __P.O. BOX 58644, 3301 LEONIS BLVD., VERNON, CA 90058  PHONE # 582-6594 AREA CODE 323__

DATED: _____

**SIGNATURE

__ASHOK PATEL__
TYPE OR PRINT SIGNER'S NAME    OSB # (if atty.)

__(323) 582-6594 - OWNER ATRA INT'L TRADERS, INC.__
SIGNER'S PHONE # AND RELATION TO CASE

**<u>NOTE</u>: THIS FORM MUST BE SIGNED AND WILL BE EFFECTIVE IMMEDIATELY!

101 (1/1/08)